IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| THE UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | NO. 5:15-CR-0820-DAE |
| | § | |
| JEFFREY FAY PIKE | § | |

NOTICE OF APPEARANCE

TO THE HONORABLE DAVID A. EZRA, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

    COMES NOW, KENT A. SCHAFFER, and enters his appearance as counsel for Defendant, JEFFREY FAY PIKE, in the above-captioned matter.

    Respectfully submitted,

    /s/ Kent A. Schaffer
    KENT A. SCHAFFER
    Federal ID No. 3603
    TBA No. 17724300
    JPMorganChase Bank Building
    712 Main Street, Suite 2400
    Houston, Texas 77002
    Telephone: (713) 228-8500
    Facsimile: (713) 228-0034
    Email: kentschaffer@gmail.com

    Counsel for Defendant,
    JEFFREY FAY PIKE

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

/s/ Kent A. Schaffer
KENT A. SCHAFFER