


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | SA-15-CR-820-DAE |
| Plaintiff, | § | |
| v. | § § | |
| JOHN XAVIER PORTILLO (1), | § | |
| JEFFREY FAY PIKE (2), | § | |
| JUSTIN COLE FORSTER (3), | § § | |
| Defendants. | § § | |

## PROTECTIVE ORDER

On this date came on to be considered the Motion Seeking a Protective Order Pursuant to F.R.Cr.P. 16(d)(1), in the above entitled and numbered cause and the Court having considered the same finds that the Government has shown "good cause" for the issuance of the proposed Protective Order. Accordingly, the Court **GRANTS** the Government's motion and enters the following order:

IT IS ORDERED that given the sensitive nature of the discovery material, for any material provided, production and viewing of discovery materials is restricted to the United States Attorney's Office by appointment.

IT IS FURTHER ORDERED THAT the dissemination of any discovery materials to any person, other than the attorneys of record for the Defendant, in this case is prohibited.

IT IS FURTHER ORDERED that no attorney in the above-captioned cause shall release any discovery to any person, including but not limited to the defendants' family members, or defendants' associates. In the event any written or electronic discovery is provided to the defense, attorneys may **show** discovery to their client(s), and may **discuss** the information with

their client(s); however, attorneys may **not reproduce or disseminate** any discovery, or copies of discovery to anyone, including the client.

IT IS FURTHER ORDERED that if counsel is substituted in this cause, all discovery materials, including copies thereof, shall immediately be returned to counsel of record for the Government, who will be obligated to provide a copy of the discovery materials to new counsel upon new counsel acknowledging his or her obligations under this Order.

IT IS FURTHER ORDERED that a copy of this Order shall be furnished to counsel of record in this case and any successive counsel of record who enter an appearance after the date of this Order.

FINALLY, IT IS ORDERED that the Government's Motion Seeking a Protective Order, and this corresponding Order, be **SEALED**, until further order of this Court, except that a copy of the Order on the Government's Motion Seeking a Protective Order may be provided to counsel for the Defendant(s) and to the United States.

SIGNED AND ENTERED this 25th day of JANUARY, 2016.

DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE