| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. SA:15-CR-00820** |
| | § | |
| **JOHN PORTILLO** | § | |
| **Defendant.** | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

COMES NOW ROBBIE WARD, attorney of record in the above cause, and makes this her Motion to Withdraw as Counsel in the above-styled and numbered cause, and for cause would show as follows:

I.

Withdrawal can be accomplished without material adverse effect on the interests of the client and without unnecessarily delaying the due administration of justice.

II.

Undersigned Counsel seeks to withdraw because all contracted services have been rendered to the Defendant; and therefore, the contract is completed.

III.

Continued representation of the Defendant by counsel will result in prejudice to the Defendant in that he will not receive effective assistance of counsel and/or a fair trial in this case for the reasons stated above.

WHEREFORE, PREMISES CONSIDERED, ROBBIE WARD Movant, respectfully requests that the Court grant his motion and withdraw her name as attorney of record in the above styled and numbered cause.

This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant, JOHN PORTILLO, respectfully requests this Honorable Court to grant this Motion to Withdraw as Attorney of Record, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted

CALFAS LAW GROUP, PLLC
NEIL A. CALFAS
SBN: 50511505
ROBBIE WARD
SBN: 24033435
310 S. St. Mary's Street, #2400
San Antonio, Texas 78205
Tel: (210) 212-6969
Fax: (210) 212-7766

_____/s/_____
ROBBIE WARD

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Withdraw as Attorney of Record was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to Erick Fuchs, Assistant United States Attorney.

SIGNED on this the 25th day of October, 2018.

_____/s/_____
ROBBIE WARD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. SA:15-CR-00820** |
| | § | |
| **JOHN PORTILLO** | § | |
| **Defendant.** | § | |

## ORDER MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The foregoing Motion having been presented to the Court and the Court having considered

said motion, hereby finds that the Motion should be

GRANTED                    DENIED.

SIGNED on this the _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE